UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:01-CR-398-PMP-LRL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| VINCENT BONIFATTO ) | |
| ) | |
| Defendant. ) | |

FILED NOV - 8 2016
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#32) on July 26, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $3,872.42

Name of Payee: JUNIPER BANK
Amount of Restitution: $15,000.11

Name of Payee: JACKIE AND ALEX BUSTIOS
Amount of Restitution: $6,000.00

Name of Payee: DENALI ALASKAN CREDIT UNION
Amount of Restitution: $3,297.50

Name of Payee: CAPITOL ONE SERVICES
Amount of Restitution: $4,396.19

**Total Amount of Restitution ordered: $32,566.22****

**$22,875.22 is joint and several with co-defendant Eden Miller, and $9,690.00 is joint and several with defendant Keith Costa in 2:02-cr-013-LRH-LRL

Dated this ___8___ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE
GLORIA M. NAVARRO, Chief Judge
United States District Court

2